**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Charles Jesse SANCHEZ, aka Charles J. Sanchez, Defendant—Appellant.**

No. 02–30088.

D.C. No. CR–00–00114–RFC.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 10, 2003.*

Decided Feb. 13, 2003.

Before LEAVY, FERNANDEZ and BERZON, Circuit Judges.

MEMORANDUM **

Charles Jesse Sanchez appeals a 168–month sentence imposed after pleading guilty to possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846, and 18 U.S.C. § 2. We have jurisdiction under 28 U.S.C. § 1291 and 18 U.S.C. 3742, review for clear error, *United States v. Maldonado,* 215 F.3d 1046, 1050 (9th Cir.2000), and we affirm.

Sanchez contends that the district court erred in determining he was a manager or supervisor and imposing a three-level upward adjustment under the Sentencing Guidelines § 3B1.1(b). This contention is unpersuasive. *See Maldonado,* 215 F.3d at 1050 (stating that a defendant needs to exercise authority over only one other participant to merit the adjustment and a single incident of a person acting under direction is sufficient to support the sentence enhancement).

We lack jurisdiction to review the district court's discretionary denial of Sanchez's request for a downward departure. See *United States v. Garcia–Garcia,* 927 F.2d 489, 490–91 (9th Cir.1991)(per curiam).

AFFIRMED.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.